Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721

Attorney for: **AMARJIT SINGH,** Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SINGH, AMARJIT,**<br><br>　　　　**Plaintiff;**<br><br>　　v.<br><br>**MICHAEL CHERTOFF, ET AL.,**<br>　　　　**Defendants.** | Case No.: 1:07-CV- 00419 - AWI<br><br>A No.: 79 619 268<br><br>**STIPULATION OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: May 8, 2007.　　　　　　　　　　PETER SINGH & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Peter Singh
　　　　　　　　　　　　　　　　　　　　Peter Singh
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Abdur Razaq

Dated: May 8, 2007.　　　　　　　　　　U.S. ATTORNEY EASTERN
　　　　　　　　　　　　　　　　　　　　DISTRICT OF CALIFORNIA.


　　　　　　　　　　　　　　　　　　　　　　　/s/ Audrey B. Hemesath
　　　　　　　　　　　　　　　　　　　　Audrey B. Hemesath,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants.

1
2          ORDER
3  IT IS SO ORDERED.
4
5  **Dated:   May 8, 2007**                    **/s/ Anthony W. Ishii**
6                                              UNITED STATES DISTRICT JUDGE
7